UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY NIELSEN,<br><br>            Plaintiff,<br><br>     v.<br><br>JOSE LOPEZ, et al.,<br><br>            Defendants | CASE NO. 1:14-cv-01608-AWI-MJS (PC)<br><br>ORDER DENYING MOTION TO EXPEDITE PROCEEDINGS<br><br>(ECF No. 13) |

Plaintiff is civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  (ECF No. 1 & 8.)

On April 15, 2015, the Court denied Plaintiff's motion for reconsideration of the screening order (ECF No. 9.) and ordered Plaintiff to file an amended complaint within thirty days.  (ECF No. 14.)

Before the Court is Plaintiff's April 6, 2015, motion to expedite the proceedings.  In light of the Court's recent order denying his motion for reconsideration and ordering him to file an amended complaint, his motion to expedite the proceedings to service on the defendants and proceed to discovery is DENIED as moot.

Based on the foregoing, it is HEREBY ORDERED that:

Plaintiff's motion to expedite the proceedings is DENIED as moot.

IT IS SO ORDERED.

Dated:   April 16, 2015               /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE

2