UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY NIELSEN,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE LOPEZ,<br><br>    Defendant. | Case No. 1:14-cv-01608-AWI-MJS (PC)<br><br>**ORDER DENYING AS MOOT MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>**(ECF No. 20)** |

    Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 28 U.S.C. § 1983. On May 18, 2015, Plaintiff filed a notice of appeal (ECF No. 17) and a motion to proceed in forma pauperis on appeal (ECF No. 20).

    Plaintiff's motion to proceed in forma pauperis appears to be directed to the United States Court of Appeals for the Ninth Circuit and, accordingly, was transmitted to that Court. (ECF No. 21.) Thus, any such motion in this Court appears moot. The dismissal of Plaintiff's appeal (ECF No. 22) would also render Plaintiff's motion moot.

    Accordingly, Plaintiff's motion to proceed in forma pauperis on appeal (ECF No. 20) is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:   June 11, 2015                        /s/ *Michael J. Seng*
                                                             UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28