UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY NIELSEN,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSE LOPEZ, et al.,<br><br>        Defendants. | CASE NO. 1:14-cv-01608-AWI-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS FOR DISMISSAL OF CERTAIN OF PLAINTIFF'S CLAIMS AND DEFENDANTS AND TO DENY AS MOOT PLAINTIFF'S MOTION FOR INTERLOCUTORY APPEAL<br><br>(Docs. 28 & 16) |

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. (Docs. 1 & 8.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On August 28, 2015, the Magistrate Judge issued Findings and Recommendations (Doc. 28) that (1) Plaintiff should proceed on the excessive force claim against Defendant Lopez, (2) all other claims asserted in the Complaint and all other named Defendants should be dismissed, and (3) Plaintiff's motion for interlocutory appeal (Doc. 16) should be denied as moot.  Plaintiff did not object to the Findings and Recommendations and the time for doing so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations (Doc. 28), filed on August 28, 2015, is adopted in full;
2. Plaintiff is to proceed on the excessive force claim against Defendant Lopez and Plaintiff's motion for interlocutory appeal (Doc. 16) is denied as moot; and
3. All other claims asserted in the Complaint and all other named Defendants are dismissed with prejudice.

IT IS SO ORDERED.

Dated:   October 6, 2015                                    /s/ 

SENIOR DISTRICT JUDGE

2